AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO.        DATE FILED | CV 08 3996 EMC    E-filing |

| PLAINTIFF | DEFENDANT |
|---|---|
| FONOVISA, INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, LLC; LAFACE RECORDS LLC; WARNER BROS. RECORDS INC.; BMG MUSIC; and ATLANTIC RECORDING CORPORATION | JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

ORIGINAL

Exhibit A

## EXHIBIT A

### 169.233.10.40 2008-02-21 06:02:02 EST

| IP Address: 169.233.10.40 2008-02-21 06:02:02 EST | CASE ID# 159937006 |
|---|---|
| P2P Network: GnutellaUS | Total Audio Files: 572 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Fonovisa, Inc. | Banda El Limon | Que Voy Hacer Para Olvidarte | Me Caiste Del Cielo | 234-188 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Somebody Already Broke My Heart | Lovers Rock | 298-354 |
| Capitol Records, LLC | Coldplay | Yellow | Parachutes | 328-762 |
| LaFace Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |
| BMG Music | Lonestar | Let's Be Us Again | Let's Be Us Again | 354-615 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Atlantic Recording Corporation | All-4-One | I Swear | All-4-One | 188-210 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | The Sweetest Taboo | Promise | 71-848 |